## Order

PER CURIAM:

J.D.H. appeals his conviction for domestic assault in the second degree, section 565.073. J.D.H. claims that the trial court erred in refusing to admit evidence aimed at impeaching the testimony of the victim. We affirm. Rule 30.25(b).

fective assistance of counsel when counsel failed to call character witnesses on Wolfram's behalf at his sentencing hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

---

**Cody N. WOLFRAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73408.**

Missouri Court of Appeals,
Western District.

Feb. 28, 2012.

Susan L. Hogan, for Appellant.

Theodore A. Bruce, for Respondent.

Before Division Three: JAMES M. SMART, Presiding Judge, VICTOR C. HOWARD and JAMES E. WELSH, Judge.

### ORDER

PER CURIAM:

Cody Wolfram appeals the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Wolfram claims that the motion court clearly erred in denying his motion because he received inef-

---

**Eskew R. JACKSON III, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73516.**

Missouri Court of Appeals,
Western District.

Feb. 28, 2012.

Craig A. Johnston, Assistant State Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: GARY D. WITT, Presiding Judge, and JOSEPH M. ELLIS and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Eskew R. Jackson III appeals the judgment of the Circuit Court of Jackson County, Missouri, denying his Rule 24.035 motion for post-conviction relief. After being charged with four counts of robbery